## CORNELL et ux. v. AMERICAN NAT. INS. CO.
### No. 10402.

Court of Civil Appeals of Texas. San Antonio.

Jan. 4, 1939.

Charles W. Anderson and Frank Vaughan, both of San Antonio, for plaintiffs in error.

706

Claud J. Carter, of San Antonio, for defendant in error.

SMITH, Chief Justice.

In this cause plaintiff in error has filed no briefs, but defendant in error has filed briefs asking for affirmance. In such case it is our duty to affirm, if it appears that the judgment is one that can properly be affirmed under the view presented by defendant in error. Court of Civil Appeals Rule 39; Smoot's Tex.Ct.Rules, p. 254, and authorities there cited. Upon inspection of defendant in error's brief, we find such to be the case here, and, accordingly, the judgment must be affirmed.